1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK VIEIRA and ANTHONY TAYLOR, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>LIFE PARTNERS, INC., a Texas corporation,<br><br>        Defendant. | **Case No.  5:11-CV-01630-PSG**<br><br>**ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**<br><br>**Judge:  Hon. Paul Singh Grewal** |

Upon consideration of the Joint Stipulation Transferring Case to the Northern District of Texas, Dallas Division, it is hereby ORDERED:

1.    The above-reference case is hereby TRANSFERRED to the Northern District of Texas, Dallas Division.

1564703v1/012370

1

2.      Defendant shall file its Answer, motion to dismiss or responsive pleading 20 days after receipt of the case by the Northern District of Texas, Dallas Division, unless otherwise ordered by the Northern District of Texas, Dallas Division.

IT IS SO ORDERED.

Dated:    June 3, 2011

_____
Hon. Paul S. Grewal

DALDMS/697226.1